IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD BRYCE THOMAS,

      Petitioner,                      No. 2:12-cv-3016 KJN P

    vs.

V. SINGH,

      Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel or "pro se," has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges a conviction issued by the Kern County Superior Court. Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

////

////

1

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4       2. All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6       United States District Court
        Eastern District of California
7       2500 Tulare Street
        Fresno, CA 93721

9  DATED:  December 26, 2012

                                     _____
                                     KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE

13  thom3016.109

2